IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN S. MADORSKY, | ) | CASE NO. 1:06CV0924 |
| | ) | |
| | ) | JUDGE NUGENT |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE HEMANN |
| v. | ) | |
| | ) | |
| SOUTHWEST CREDIT SYSTEMS, | ) | REPORT AND RECOMMENDATION |
| | ) | |
| Defendant. | ) | |

This matter was referred to the magistrate judge for pretrial management. Defendant, Southwest Credit Systems, was served with the complaint on or about April 17, 2006. Service on the defendant was effected on June 30, 2006. Defendant has not filed an answer or otherwise made an appearance. On August 10, 2006 plaintiff Jonathan Madorsky filed a Motion for Default Judgment seeking statutory damages in the amount of $1200, interest and costs.

This court recommends that Judge Nugent grant the Motion for Default Judgment, award plaintiff statutory damages in the amount of $1200 and deny plaintiff's request for interest and

costs.[1]  Plaintiff will be served with a copy of this Report and Recommendation by mail.

Dated: August 14, 2006            s:\Patricia A. Hemann
                                  Patricia A. Hemann
                                  United States Magistrate Judge

### OBJECTIONS

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within ten (10) days of receipt of this notice.  Failure to file objections within the specified time waives the right to appeal the District Court's order.  *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  *See also Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).

---

[1] Plaintiff has proceeded pro se; therefore, he has not incurred any costs.