# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN S. MADORSKY, | ) | CASE NO. 1: 06 CV 924 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | AND ORDER |
| SOUTHWEST CREDIT SYSTEMS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Hemann. The Report and Recommendation (ECF # 11), issued on August 14, 2006, is ADOPTED by this Court. Plaintiff filed a motion for default judgment seeking statutory damages in amount of $1200, interest and costs. The Magistrate's Report and Recommendation recommended that he be awarded statutory damages, but not interest and costs. Plaintiff filed no objections, and in fact, filed a stipulation agreeing to accept the recommended $1200 in damages on his default motion. (ECF #13). Defendant has not objected or responded in any way to Plaintiff's motion, or to the Magistrate's Report and Recommendation. The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Report and Recommendation in its entirety.

IT IS SO ORDERED.

DATED: August 31, 2006

DONALD C. NUGENT
United States District Judge